**GPS INDUSTRIES, INC. and Optimal I.P. Holdings, L.P., Plaintiffs–Appellants,**

v.

**ALTEX CORPORATION, Deca International Corp., Golflogix, Inc., and L1 Technologies, Inc., Defendants–Appellees,**

and

**GPS Golf Pro, LLC, Karrier Communications, GPS Technologies, Inc., Links Point, Inc., and Tee2green Technologies, Pty Ltd., Defendants**

and

**Skyhawke Technologies, LLC, Defendant–Appellee.**

**No. 2009–1535.**

United States Court of Appeals, Federal Circuit.

June 8, 2011.

Theresa M. Dawson, Shore Chan Bragalone, LLP, of Dallas, TX, argued for the plaintiffs-appellants. With her on the brief were Michael W. Shore, Rajkumar Vinnakota and Alfonso Garcia Chan.

John L. Hendricks, Hitchcock Evert LLP, of Dallas, TX, for defendants-appellees Altex Corporation, et al.

Thomas J. Fisher, Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P., of Alexandria, VA, argued for defendant-appellee Skyhawke Technologies, LLC. With him on the brief were Arthur I. Neustadt, Jordan S. Weinstein, Robert C. Nissen and Eric W. Schweibenz.

Before RADER, Chief Judge, PROST and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**